No. <u>**130305**</u>

**CIVIL**

**DIVISION H**

LANDRY

---

**IN THE**
**16TH JUDICIAL DISTRICT COURT**
**PARISH OF ST. MARY**
**STATE OF LOUISIANA**

**FLATLINE CONCRETE, L.L.C.**

**VS.**

**JOURNEYMAN CONSTRUCTION, INC. and LIBERTY MUTUAL INSURANCE COMPANY**

**Cause of Action:   MONIES DUE**

FILED: October 20, 2016

CLIFF DRESSEL, CLERK OF COURT

By:  JENNIFER R. SPLANE, Dy. Clerk

E. ALLEN GRAVES, JR.
GRAVES CARLEY, LLP
2137 QUAIL RUN DRIVE, BLDG. B
BATON ROUGE, LA  70808
PHONE  (225) 757-7676

**Attorney For Plaintiff**

---

## <u>NOTICE PLEASE</u>

PLEASE DO NOT REMOVE ANY PAPERS FROM THIS FILE.   IF YOU ARE INTERESTED IN ONLY ONE PAPER IN THIS CASE THEN TAKE THE ENTIRE FILE WITH YOU SO TO KEEP ALL PAPERS TOGETHER.

YOU WILL FIND PAPER FILED FIRST IN THIS CASE ON TOP, PAPER FILED NEXT SECOND TO THE TOP AND SO ON THROUGHOUT THE CASE.  ALL PAPERS BEING KEPT IN THE ORDER IN WHICH THEY WERE FILED.


EXHIBIT
A

# # 130305

## J U R Y    R E P O R T

| JURY TRIAL REQUESTED, PRAYED FOR OR ORDERED (PARTY) | DATE JUROR FILING FEE POSTED | DATE JURY BOND FILED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## J U D G M E N T    R E P O R T

| DESCRIPTION OF JUDGMENT | DATE RENDERED | COSTS ASSESSED TO: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FLATLINE CONCRETE, L.L.C.**

SUIT NO.: 130305 DIV.: _____ DIV. "H"

16TH JUDICIAL DISTRICT COURT

**VERSUS**

PARISH OF ST. MARY

**JOURNEYMAN CONSTRUCTION, INC., &**
**LIBERTY MUTUAL INSURANCE CO.**

STATE OF LOUISIANA

### *PETITION*

**NOW INTO COURT,** through undersigned counsel, comes **Flatline Concrete,**

**L.L.C. ("Flatline"),** a Louisiana limited liability company, domiciled in Livingston Parish,

State of Louisiana, who respectfully represents as follows:

1.

Made Defendants herein are:

a. **Journeyman Construction, Inc. ("Journeyman"),** a business corporation organized under the laws of the State of Texas, authorized to and doing business in the state of Louisiana, with its principal business establishment in Louisiana located in East Baton Rouge Parish; and

b. **Liberty Mutual Insurance Company ("Liberty Mutual"),** a foreign insurer incorporated in the State of Massachusetts, licensed to and doing business as a commercial surety in the State of Louisiana.

2.

On or about May 29, 2014, Journeyman entered into a construction agreement

("Prime Contract") with Wal-Mart Real Estate Business Trust ("Owner") whereby

Journeyman agreed to commence and complete the construction of "Wal-Mart Store

#7099-00 (Morgan City, LA) 1002 Highway 70, Morgan City, LA 70380" ("Project").

3.

In connection with the Project, Liberty Mutual issued a Performance and

Payment Bond No. 022045693 ("Bond"), listing Journeyman as the principal, to

Journeyman's performance obligation to the Owner and Journeyman's payment

obligation to its subcontractors and suppliers on the Project.

4.

On or about June 13, 2014 Flatline entered into a written subcontract agreement

with Journeyman ("Subcontract"), whereby Flatline agreed to perform a portion of

Journeyman's work on the Project; specifically, to provide labor, materials, and equipment to complete the concrete work for the Project.

5.

Flatline did provide the labor, equipment, and materials to complete all concrete work on the Project, all of which was incorporated into the Project.

6.

At some point during the Project, deficiencies were discovered in the foundation, which were caused by the design and/or actions of Journeyman and which were not due to any fault of Flatline. As a result of these deficiencies, the Owner required Journeyman to remove and replace substantial portions of the foundation.

7.

In light of the additional costs expended by Journeyman in connection with the remedial work, Journeyman requested that Flatline agree to proceed with its remaining work on the Project under Modification No. 8, under which the parties agreed that for the duration of Flatline's work, on a bi-weekly basis, Journeyman would pay only Flatline's direct costs related to the Project. Modification No. 8 also stipulated that all payments made by Journeyman thereunder would be credited against the amounts owed to Flatline under the Subcontract, recognizing that a joint reconciliation would need to take place when Flatline's work on the Project was completed.

8.

During the completion Flatline's work on the Project, the parties abided by Modification No. 8 without issue. Flatline completed its work on the Project and Journeyman made the bi-weekly payments as were agreed to.

9.

After being told by Journeyman that its final payment request under Modification No. 8, in the amount of $60,988.63, had been approved and that payment was SCANNED forthcoming, Flatline was notified that Journeyman had unilateral decided not to make OCT 24 2016 the final payment.

10.

In addition to refusing to make the final payment due under Modification No. 8, based upon its own unilateral, self-serving reconciliation, Journeyman called upon a letter of credit, in the amount of $110,000.00, issued by Flatline.

11.

On or about October 21, 2015, Flatline filed and recorded a *Lien Affidavit and Statement of Claim and Privilege Pursuant to the Louisiana Private Works Act, La. R.S. 9:4801, et seq.* with the Clerk and Recorder of Mortgages for the Parish of St. Mary, at **File No. 331825, Book 1453, Page 330**, in the amount of $526,408.26, representing the balance owed to it under the Subcontract, for the purposes of, *inter alia*, preserving its privilege on the Owner's immoveable property and its claim against the Owner and/or its claims against the Bond issued by Liberty Mutual, as well as its claims against Journeyman.

12.

On or about March 14, 2016, Journeyman recorded a *Bond for Release of Private Works Act Lien* ("Release of Lien Bond") with the Clerk and Recorder of Mortgages for the Parish of St. Mary, at **File No. 2403, Book 6, Page 227**, and underwritten by Liberty Mutual, for the purpose of providing substitute security for the payment of Flatline's claim.

13.

After all credits, offsets, and payments are applied, there remains presently due and owing an unpaid balance due and owing to Flatline in the amount of **Five Hundred Twenty-Six Thousand Four hundred Eight and 26/100 Dollars ($526,408.26)** plus interest for its work on the Project.

**WHEREFORE**, Plaintiff, Flatline Concrete, LLC prays that Defendants Journeyman Construction, LLC and Liberty Mutual Insurance Company be duly cited and served with a certified copy of this Petition, and after due proceedings are had, that there be judgment herein in favor of Flatline Concrete, LLC and against Journeyman Construction, Inc. and Liberty Mutual Insurance Company, *in solido*, in the amount of **Five Hundred Twenty-Six Thousand Four hundred Eight and 26/100 Dollars**

SCANNED
OCT 24 2016

**($526,408.26)**, plus all costs, interest, and attorney's fees, and that Flatline Concrete, LLC

be paid from the Release of Lien Bond issued by Liberty Mutual Insurance Company,

plus any and all other just and equitable relief which this Honorable Court deems fitting

under the circumstances.

Respectfully submitted,

GRAVES CARLEY, L.L.P.

E. Allen Graves, Jr. LBR #21625
David W. Carley, LBR #25607
Lee M. LeBouef, LBR #36547
2137 Quail Run Drive, Bldg. B (70808)
Post Office Box 14203
Baton Rouge, LA 70898
Telephone: 225/757-7676
Facsimile: 225/757-1771
Email: llebouef@gravescarley.com
*Attorneys for Flatline Concrete, LLC*

**PLEASE SERVE**:

**Journeyman Construction, Inc.**
*Through its agent for service of process*
Business Filings International, Incorporated
3867 Plaza Tower Drive
Baton Rouge, LA 70816

and

**Liberty Mutual Insurance Company**
*through the Louisiana Secretary of State*
*(pursuant to La. R.S. 22:335, etc.):*
Hon. Tom Schedler
Louisiana Secretary of State
8585 Archives Blvd.
Baton Rouge, LA 70809

SCANNED
OCT 2 4 2016

RECEIVED AND FILED

OCT 2 0 2016

Dy. Clerk of Court

FLATLINE CONCRETE, L.L.C.

VERSUS

JOURNEYMAN CONSTRUCTION, INC., &
LIBERTY MUTUAL INSURANCE CO.

SUIT NO.: **1 3 0 3 0 5** DIV.: ____ DIV. "H"

16TH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

### *VERIFICATION*

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

### NICHOLAS EBENBECK

who, after being duly sworn, did depose and state that he has furnished the information that has been used in preparation of and has read the foregoing *Petition* which is true and correct to the best of his knowledge, information and belief.

_____
Nicholas Ebenbeck

**SWORN TO AND SUBSCRIBED** before me on this the *19th* day of October, 2016.

_____
Notary Public

**E. ALLEN GRAVES, JR.**
NOTARY PUBLIC
NOTARY PUBLIC ID # 38926
STATE OF LOUISIANA
My Commission Expires
At Death

SCANNED

OCT 24 2016

RECEIVED AND FILED

OCT 20 2016

_____
Dy. Clerk of Court

TOTAL P.07



# GRAVES CARLEY

A Registered Limited Liability Partnership
ATTORNEYS AT LAW

**To:**        Honorable Cliff Dressel

**Date**:      October 20, 2016

**From:**    E. Allen Graves/Lauren Campanella

**RE:**       *Flatline Concrete, LLC v. Journeyman Construction, Inc. & Liberty Mutual Insurance Company*

**Fax Number:**    337-828-2509

**Pages:**      7 (including cover sheet)

**Comments:**  New Suit – Please send confirmation & filing fees

STATEMENT OF CONFIDENTIALITY: The information contained in this facsimile message is a client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the US Postal Service, Thank you.

OCT 24 2016

*2137 Quail Run Drive, Building B, 70808*
*Telephone: (225)757-7676 / Telecopier: (225)757-1771 / info@gravescarley.com / www.gravescarley.com*



**GRAVES CARLEY**
A Registered Limited Liability Partnership
ATTORNEYS AT LAW

October 20, 2016

*Via Facsimile & FedEx: (337)828-2509*

Honorable Cliff Dressel
Clerk of Court, St. Mary Parish
500 Main Street, Second Floor
Franklin, Louisiana 70538

      RE:    ***Flatline Concrete, LLC v. Journeyman Construction, Inc. &***
              ***Liberty Mutual Insurance Company***
              GC File No.: 14380

Dear Clerk:

      Please find enclosed for fax filing this day, a *Petition* on behalf of Flatline Concrete, LLC concerning the above referenced matter. Please file this pleading into the record and return to me confirmation of receipt as well as any costs associated with this filing. Upon receipt of the fax confirmation, we will forward the original pleading and three copies, two for service and one to be returned to me in the enclosed self-addressed, postage paid envelope, along with the appropriate filing fees.

      Thank you for your consideration in this regard, and if you have any questions, please feel free to contact me.

              Very truly yours,

              **GRAVES CARLEY, L.L.P.**

              *Lauren Campanella*

              Lauren R. Campanella
              Paralegal/Legal Assistant

*SCANNED*
*OCT 2 4 2016*

EAG/lrc
Enclosures

cc:     Flatline Concrete, LLC (Via E-mail Only)

2137 Quail Run Drive, Building B, Baton Rouge, Louisiana 70808
Telephone: 225/757-7676 Telecopier: 225 / 757-1771 Info@gravescarley.com www.gravescarley.com

## FAX CONFIRMATION

**FLATLINE CONCRETE L L C**

**Vs. No. 130305 Div "H"**

**JOURNEYMAN CONSTRUCTION INC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED*: **OCTOBER 20, 2016**

*DESCRIPTION OF PLEADING*: **PETITION FOR MONIES DUE**

*FILED ON BEHALF OF*: **FLATLINE CONCRETE, LLC**

*ATTORNEY SIGNING PLEADING*: **E. ALLEN GRAVES, JR.**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

Receipt Acknowledged

Deputy Clerk of Court

Receipt faxed to number: 225-757-1771

Date receipt faxed:  October 20, 2016

| | |
|---|---|
| **Fax Transmission Fee** | $5.00 |
| **Fax Receipt Fee** | $15.00 |
| **Filing Fee for Faxed Pleading(s)** | $24.00 |
| **Filing Fee for Original Pleading (s)** | $475.00 |
| **TOTAL AMOUNT DUE** | **$519.00** |

SCANNED

OCT 24 2016

[ FILE COPY ]

TRANSACTION REPORT

OCT/20/2016/THU 09:42 AM

AX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | OCT/20 | 09:42AM | 12257571771 | 0:00:48 | 1 | MEMORY    OK | G3 | 8350 |

---

## FAX CONFIRMATION

FLATLINE CONCRETE L L C                                   STATE OF LOUISIANA

Vs. No. 130305 Div "H"            16ᵗʰ JUDICIAL DISTRICT COURT

JOURNEYMAN CONSTRUCTION INC, ET AL                    PARISH OF ST. MARY

---

*YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS BEEN FILED BY FACSIMILE.*

*DATE FAX TRANSMISSION RECEIVED:* **OCTOBER 20, 2016**

*DESCRIPTION OF PLEADING:* **PETITION FOR MONIES DUE**

*FILED ON BEHALF OF:* **FLATLINE CONCRETE, LLC**

*ATTORNEY SIGNING PLEADING:* **E. ALLEN GRAVES, JR.**

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days of this receipt together with the $5.00 transmission fee; $15.00 fee for this receipt; the correct filing fee to cover the cost of filing and recording the facsimile copy as well as the original pleading and any balance of costs due. When the original pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this receipt and the original pleading.

SCANNED

OCT 24 2016

Receipt Acknowledged

Deputy Clerk of Court

Receipt faxed to number: 225-757-1771

Date receipt faxed:  October 20, 2016

Fax Transmission Fee              $5.00

**FLATLINE CONCRETE, L.L.C.**

**VERSUS**

**JOURNEYMAN CONSTRUCTION, INC., &**
**LIBERTY MUTUAL INSURANCE CO.**

SUIT NO.: **1 3 0 3 0 5** _____ DIV.: ___ DIV. "H"

**16ᵀᴴ JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

**STATE OF LOUISIANA**

### _PETITION_

**NOW INTO COURT,** through undersigned counsel, comes **Flatline Concrete,**

**L.L.C. ("Flatline"),** a Louisiana limited liability company, domiciled in Livingston Parish,

State of Louisiana, who respectfully represents as follows:

1.

Made Defendants herein are:

a. **Journeyman Construction, Inc. ("Journeyman"),** a business corporation organized under the laws of the State of Texas, authorized to and doing business in the state of Louisiana, with its principal business establishment in Louisiana located in East Baton Rouge Parish; and

b. **Liberty Mutual Insurance Company ("Liberty Mutual"),** a foreign insurer incorporated in the State of Massachusetts, licensed to and doing business as a commercial surety in the State of Louisiana.

2.

On or about May 29, 2014, Journeyman entered into a construction agreement

("Prime Contract") with Wal-Mart Real Estate Business Trust ("Owner") whereby

Journeyman agreed to commence and complete the construction of "Wal-Mart Store

#7099-00 (Morgan City, LA) 1002 Highway 70, Morgan City, LA 70380" ("Project").

3.

In connection with the Project, Liberty Mutual issued a Performance and

Payment Bond No. 022045693 ("Bond"), listing Journeyman as the principal, to

Journeyman's performance obligation to the Owner and Journeyman's payment

obligation to its subcontractors and suppliers on the Project.

4.

On or about June 13, 2014 Flatline entered into a written subcontract agreement

with Journeyman ("Subcontract"), whereby Flatline agreed to perform a portion of

Journeyman's work on the Project; specifically, to provide labor, materials, and equipment to complete the concrete work for the Project.

5.

Flatline did provide the labor, equipment, and materials to complete all concrete work on the Project, all of which was incorporated into the Project.

6.

At some point during the Project, deficiencies were discovered in the foundation, which were caused by the design and/or actions of Journeyman and which were not due to any fault of Flatline. As a result of these deficiencies, the Owner required Journeyman to remove and replace substantial portions of the foundation.

7.

In light of the additional costs expended by Journeyman in connection with the remedial work, Journeyman requested that Flatline agree to proceed with its remaining work on the Project under Modification No. 8, under which the parties agreed that for the duration of Flatline's work, on a bi-weekly basis, Journeyman would pay only Flatline's direct costs related to the Project. Modification No. 8 also stipulated that all payments made by Journeyman thereunder would be credited against the amounts owed to Flatline under the Subcontract, recognizing that a joint reconciliation would need to take place when Flatline's work on the Project was completed.

8.

During the completion Flatline's work on the Project, the parties abided by Modification No. 8 without issue. Flatline completed its work on the Project and Journeyman made the bi-weekly payments as were agreed to.

9.

After being told by Journeyman that its final payment request under Modification No. 8, in the amount of $60,988.63, had been approved and that payment was forthcoming, Flatline was notified that Journeyman had unilateral decided not to make the final payment.

10.

In addition to refusing to make the final payment due under Modification No. 8, based upon its own unilateral, self-serving reconciliation, Journeyman called upon a letter of credit, in the amount of $110,000.00, issued by Flatline.

11.

On or about October 21, 2015, Flatline filed and recorded a *Lien Affidavit and Statement of Claim and Privilege Pursuant to the Louisiana Private Works Act, La. R.S. 9:4801, et seq.* with the Clerk and Recorder of Mortgages for the Parish of St. Mary, at **File No. 331825, Book 1453, Page 330**, in the amount of $526,408.26, representing the balance owed to it under the Subcontract, for the purposes of, *inter alia,* preserving its privilege on the Owner's immoveable property and its claim against the Owner and/or its claims against the Bond issued by Liberty Mutual, as well as its claims against Journeyman.

12.

On or about March 14, 2016, Journeyman recorded a *Bond for Release of Private Works Act Lien* ("Release of Lien Bond") with the Clerk and Recorder of Mortgages for the Parish of St. Mary, at **File No. 2403, Book 6, Page 227**, and underwritten by Liberty Mutual, for the purpose of providing substitute security for the payment of Flatline's claim.

13.

After all credits, offsets, and payments are applied, there remains presently due and owing an unpaid balance due and owing to Flatline in the amount of **Five Hundred Twenty-Six Thousand Four hundred Eight and 26/100 Dollars ($526,408.26)** plus interest for its work on the Project.

**WHEREFORE**, Plaintiff, Flatline Concrete, LLC prays that Defendants, Journeyman Construction, LLC and Liberty Mutual Insurance Company be duly cited and served with a certified copy of this Petition, and after due proceedings are had, that there be judgment herein in favor of Flatline Concrete, LLC and against Journeyman Construction, Inc. and Liberty Mutual Insurance Company, *in solido*, in the amount of **Five Hundred Twenty-Six Thousand Four hundred Eight and 26/100 Dollars**

**($526,408.26)**, plus all costs, interest, and attorney's fees, and that Flatline Concrete, LLC be paid from the Release of Lien Bond issued by Liberty Mutual Insurance Company, plus any and all other just and equitable relief which this Honorable Court deems fitting under the circumstances.

Respectfully submitted,

GRAVES CARLEY, L.L.P.

E. Allen Graves, Jr. LBR #21625
David W. Carley, LBR #25607
Lee M. LeBouef, LBR #36547
2137 Quail Run Drive, Bldg. B (70808)
Post Office Box 14203
Baton Rouge, LA 70898
Telephone: 225/757-7676
Facsimile: 225/757-1771
Email: llebouef@gravescarley.com
*Attorneys for Flatline Concrete, LLC*

<u>**PLEASE SERVE**</u>:

**Journeyman Construction, Inc.**
*Through its agent for service of process*
Business Filings International, Incorporated
3867 Plaza Tower Drive
Baton Rouge, LA 70816

and

**Liberty Mutual Insurance Company**
*through the Louisiana Secretary of State*
*(pursuant to La. R.S. 22:335, etc.):*
Hon. Tom Schedler
Louisiana Secretary of State
8585 Archives Blvd.
Baton Rouge, LA 70809

SCANNED
OCT 24 2016

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

OCT 20 2016

RECEIVED AND FILED

OCT 21 2016

Dy. Clerk of Court

FLATLINE CONCRETE, L.L.C.

VERSUS

JOURNEYMAN CONSTRUCTION, INC., & LIBERTY MUTUAL INSURANCE CO.

SUIT NO.:___130305___ DIV.:____ DIV. "H"

16TH JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA_____

## *VERIFICATION*

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

### NICHOLAS EBENBECK

who, after being duly sworn, did depose and state that he has furnished the information that has been used in preparation of and has read the foregoing *Petition* which is true and correct to the best of his knowledge, information and belief.

Nicholas Ebenbeck

**SWORN TO AND SUBSCRIBED** before me on this the *19th* day of October, 2016.

Notary Public

SCANNED
OCT 2 4 2016

E. ALLEN GRAVES, JR.
NOTARY PUBLIC
NOTARY PUBLIC ID # 38926
STATE OF LOUISIANA
My Commission Expires
At Death

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

OCT 20 2016

RECEIVED AND FILED

OCT 2 1 2016

Dy. Clerk of Court



# GRAVES CARLEY

A Registered Limited Liability Partnership
ATTORNEYS AT LAW

October 20, 2016

*Via Facsimile & FedEx:  (337)828-2509*

Honorable Cliff Dressel
Clerk of Court, St. Mary Parish
500 Main Street, Second Floor
Franklin, Louisiana 70538

RE:    *Flatline Concrete, LLC v. Journeyman Construction, Inc. &*
       *Liberty Mutual Insurance Company*
       GC File No.:  14380

Dear Clerk:

Please find enclosed for fax filing this day, a *Petition* on behalf of Flatline Concrete, LLC concerning the above referenced matter.  Please file this pleading into the record and return to me confirmation of receipt as well as any costs associated with this filing. Upon receipt of the fax confirmation, we will forward the original pleading and three copies, two for service and one to be returned to me in the enclosed self-addressed, postage paid envelope, along with the appropriate filing fees.

Thank you for your consideration in this regard, and if you have any questions, please feel free to contact me.

Very truly yours,

**GRAVES CARLEY, L.L.P.**

*Lauren Campanella*

Lauren R. Campanella
Paralegal/Legal Assistant

SCANNED
OCT 24 2016

EAG/lrc
Enclosures

Copy Returned
as Requested

OCT 24 2016
Jennifer R. Splane

cc:    Flatline Concrete, LLC (Via E-mail Only)

2137 Quail Run Drive, Building B, Baton Rouge, Louisiana 70808
Telephone: 225/757-7676 Telecopier: 225 / 757-1771 Info@gravescarley.com www.gravescarley.com

# CLIFF DRESSEL
## CLERK, ST. MARY PARISH
## P. O. DRAWER 1231
## FRANKLIN, LOUISIANA 70538

Date Mailed: OCTOBER 24, 2016

TO:

**EAST BATON ROUGE PARISH SHERIFF**
**P. O. BOX 3277**
**BATON ROUGE, LA 70821-**


**FLATLINE CONCRETE L L C**

**Vs.  NO. 130305 DIV H**

**JOURNEYMAN CONSTRUCTION INC, ET AL**


The following listed items have been issued for service.  After service is made, please send your return stating the type of service along with your statement of cost.  If service can not be made, please state reason.  Thank you for your prompt attention.

CITATION AND PETITION issued for service on:  JOURNEYMAN CONSTRUCTION, INC., THROUGH ITS AGENT, BUSINESS FILINGS INTERNATIONAL, INC., 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

JENNIFER R. SPLANE
Deputy Clerk of Court

# CITATION

**FLATLINE CONCRETE L L C**

**Vs. No. 130305 Div "H"**

**JOURNEYMAN CONSTRUCTION INC, ET AL**



**STATE OF LOUISIANA**

**16ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

To:_ JOURNEYMAN CONSTRUCTION, INC., THROUGH ITS AGENT, BUSINESS FILINGS INTERNATIONAL, INC., 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16ᵗʰ Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, OCTOBER 24, 2016.

**CLIFF DRESSEL**
**Clerk of Court**
**St. Mary Parish, Louisiana**
**16ᵗʰ Judicial District Court**

**Deputy Clerk of Court**
**JRS**

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

# CLIFF DRESSEL
## CLERK, ST. MARY PARISH
## P. O. DRAWER1231
## FRANKLIN, LOUISIANA 70538

Date Mailed: OCTOBER 24, 2016

TO:

EAST BATON ROUGE PARISH SHERIFF
P. O. BOX 3277
BATON ROUGE, LA 70821-

FLATLINE CONCRETE L L C

Vs.  NO. 130305 DIV H

JOURNEYMAN CONSTRUCTION INC, ET AL

The following listed items have been issued for service.  After service is made, please send your return stating the type of service along with your statement of cost.  If service can not be made, please state reason.  Thank you for your prompt attention.

CITATION AND PETITION issued for service on:  LIBERTY MUTUAL INSURANCE  COMPANY,  THROUGH  ITS  AGENT,  SECRETARY  OF STATE, 8585 ARCHIVES BLVD., BATON ROUGE, LA  70809

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

JENNIFER R. SPLANE
Deputy Clerk of Court

# CITATION

**FLATLINE CONCRETE L L C**

**Vs. No. 130305 Div "H"**

**JOURNEYMAN CONSTRUCTION INC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

To: LIBERTY MUTUAL INSURANCE COMPANY, THROUGH ITS AGENT, SECRETARY OF STATE, 8585 ARCHIVES BLVD., BATON ROUGE, LA 70809

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, OCTOBER 24, 2016.

**CLIFF DRESSEL**
**Clerk of Court**
**St. Mary Parish, Louisiana**
**16th Judicial District Court**

_____
**Deputy Clerk of Court**
**JRS**

SPACE BELOW FOR SHERIFF'S RETURN

[ FILE COPY ]

# St. Mary Parish Recording Page

**Cliff Dressel**
**Clerk of Court**
500 Main Street
P.O. Drawer 1231
Franklin, LA 70538
(337) 828-4100

**Received From :**
CIVIL

**First MORTGAGOR**

JOURNEYMAN CONSTRUCTION INC

**First MORTGAGEE**

FLATLINE CONCRETE L L C

**Index Type :**    Mortgages                     **File Number :** 336987

**Type of Document :** Notice

**Book :**  1490        **Page :**   85

**Recording Pages :**        2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Mary Parish, Louisiana

/Deputy Clerk

On (Recorded Date) : 10/21/2016

At (Recorded Time) : 11:32:58AM

Doc ID - 006214510002

SCANNED
OCT 2 6 2016

Return To :

Do not Detach this Recording Page from Original Document

**FLATLINE CONCRETE, L.L.C.**

**SUIT NO.: 130,305 DIV.: H**

**16TH JUDICIAL DISTRICT COURT**

**VERSUS**

**PARISH OF ST. MARY**

**JOURNEYMAN CONSTRUCTION, INC., &
LIBERTY MUTUAL INSURANCE CO.**

**STATE OF LOUISIANA**

## NOTICE OF LIS PENDENS

Plaintiff, Flatline Concrete, L.L.C., through undersigned counsel, does hereby file notice of pendency of the above captioned suit to enforce any and all of its rights, derived from its *Lien Affidavit and Statement of Claim and Privilege Pursuant to the Louisiana Private Works Act, La. R.S. 9:4801, et seq. ("Lien Affidavit")* in the principal amount of Five Hundred Twenty-Six Thousand Four Hundred Eight and 26/100 Dollars ($526,408.26), filed in St. Mary Parish, Louisiana, at File No. 331825, Book 1453, Page 330, and against that certain *Bond for Release of Private Works Lien*, bearing Bond No. 02053916, in the amount of Six Hundred Fifty Eight Thousand Ten and 33/100 Dollars ($658,010.00), filed in St. Mary Parish, Louisiana, at File No. 2403, Book 6, Page 227, pertaining to:

Project:            **Wal-Mar #7099 – Morgan City**

Owner:            **Wal-Mart Real Estate Business Trust**

General Contractor:    **Journeyman Construction, Inc.**

Respectfully submitted,

GRAVES CARLEY, L.L.P.

E. Allen Graves, Jr. LBR #21625
David W. Carley, LBR #25607
Lee M. LeBouef, LBR #36547
2137 Quail Run Drive, Building B
Baton Rouge, LA 70808
Telephone: 225-757-7676
Facsimile: 225-757-1771
*Attorneys for Flatline Concrete, L.L.C.*

SCANNED

OCT 26 2016

**RECEIVED AND FILED**

OCT 21 2016

Charlene M LeBlanc

**Dy. Clerk of Court**



# GRAVES CARLEY

A Registered Limited Liability Partnership
ATTORNEYS AT LAW

October 20, 2015

***Via Federal Express***

Honorable Cliff Dressel, Clerk of Court
16th JDC,Parish of St. Mary
Attn: Mortgage and Conveyance
500 Main Street, Second Floor
Franklin, Louisiana  70538

RE:   ***Flatline Concrete, LLC v. Journeyman Construction, Inc., et al***
      **Docket No.: 130,305; Division: H**

Dear Clerk:

Please find enclosed the original and one (1) copy of a *Notice of Lis Pendens* to be recorded.  Please record the document into the mortgage records and return one stamped copy in the self-addressed, postage paid envelope provided.

Also, please find enclosed a firm check in the amount of $30.00 to cover the cost of this filing.

Should there be any additional costs for this filing, or should you have any questions, please call me at 225-757-7676.  Thank you in advance for your cooperation.

Sincerely,

**SCANNED**

OCT 2 6 2016

**GRAVES CARLEY, L.L.P.**

*Lauren Campanella*

Lauren Campanella
Paralegal/Legal Assistant

Enclosures

cc:   Flatline Concrete, L.L.C. *(via email only)*

Copy Returned
as Requested

OCT 2 6 2016

Jennifer R. Splane

2137 Quail Run Drive, Building B, Baton Rouge, Louisiana 70808
Telephone: 225/757-7676 Telecopier: 225 / 757-1771 Info@gravescarley.com www.gravescarley.com

# CITATION



| | | |
|---|---|---|
| **FLATLINE CONCRETE L L C** | | **STATE OF LOUISIANA** |
| **Vs. No. 130305 Div "H"** | | **16th JUDICIAL DISTRICT COURT** |
| **JOURNEYMAN CONSTRUCTION INC, ET AL** | | **PARISH OF ST. MARY** |

To: **JOURNEYMAN CONSTRUCTION, INC., THROUGH ITS AGENT, BUSINESS FILINGS INTERNATIONAL, INC., 3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, OCTOBER 24, 2016.

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

_____
Deputy Clerk of Court
JRS

SPACE BELOW FOR SHERIFF'S RETURN

*Personal
Krystal
11/1/16*

SCANNED
NOV 09 2016

RECEIVED

NOV 07 2016

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

[ ORIGINAL ]

## NOTICE OF SERVICE

FLATLINE CONCRETE L L C

Vs. No. 130305 Div "H"

JOURNEYMAN CONSTRUCTION INC, ET AL



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

E ALLEN GRAVES JR
GRAVES CARLEY, LLP
2137 QUAIL RUN DRIVE, BLDG B
BATON ROUGE, LA 70808

Pleading Served: CITATION WITH PETITION

Party Served: JOURNEYMAN CONSTRUCTION, INC

Date Served: TUESDAY, NOVEMBER 01, 2016

Type of Service: PERSONAL-KRYSTAL

Notified on: November 9, 2016

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

MICHELLE FREDERICK
Deputy Clerk of Court
MBF

[ FILE COPY ]

# CITATION

**FLATLINE CONCRETE L L C**

Vs. No.  130305  Div "H"

**JOURNEYMAN CONSTRUCTION INC, ET AL**



**STATE OF LOUISIANA**

**16th JUDICIAL DISTRICT COURT**

**PARISH OF ST. MARY**

To: **LIBERTY MUTUAL INSURANCE COMPANY, THROUGH ITS AGENT, SECRETARY OF STATE, 8585 ARCHIVES BLVD., BATON ROUGE, LA 70809**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, OCTOBER 24, 2016.

I made service on the named party through the Office of the Secretary of State on

OCT 28 2016

by tendering a copy of this document to
ANGIE GILL

DY. E. CUMMINS # 155

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

**CLIFF DRESSEL**
Clerk of Court
**St. Mary Parish, Louisiana**
16th Judicial District Court

Deputy Clerk of Court
JRS

**SPACE BELOW FOR SHERIFF'S RETURN**

SCANNED
NOV 0 9 2016

RECEIVED

NOV 0 7 2016

CLIFF DRESSEL CLERK OF COURT
ST. MARY PARISH, LA

RECEIVED
OCT 27 2016
E.B.R. SHERIFF'S OFFICE

[ ORIGINAL ]

## NOTICE OF SERVICE

FLATLINE CONCRETE L L C

Vs. No. 130305 Div "H"

JOURNEYMAN CONSTRUCTION INC,
ET AL



STATE OF LOUISIANA

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

E ALLEN GRAVES JR
GRAVES CARLEY, LLP
2137 QUAIL RUN DRIVE, BLDG B
BATON ROUGE, LA 70808

Pleading Served: CITATION WITH PETITION

Party Served: LIBERTY MUTUAL INSURANCE COMPANY

Date Served: FRIDAY, OCTOBER 28, 2016

Type of Service: PERSONAL

Notified on: November 9, 2016

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

MICHELLE FREDERICK

_____

Deputy Clerk of Court
MBF

[ FILE COPY ]