# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **FLATLINE CONCRETE, L.L.C.** | **CIVIL ACTION NO.** |
| | **6:16-CV-01625-EEF-CBW** |
| *Plaintiff* | |
| | |
| **v.** | **JUDGE ELIZABETH E. FOOTE** |
| | |
| **JOURNEYMAN CONSTRUCTION, INC.** | **MAG. CAROL B. WHITEHURST** |
| **& LIBERTY MUTUAL INSURANCE** | |
| **CO.** | |
| | |
| *Defendants* | |

## JOURNEYMAN CONSTRUCTION, INC.'S
## STATEMENT OF CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant Journeyman Construction, Inc., and, in accordance with Fed. R. Civ. P. 7.1 and the November 28, 2016, Notice of Corporate Disclosure Requirement (R. Doc. 2), submits that Journeyman Construction, Inc. is a Texas corporation with its principal place of business in Texas. Journeyman Construction, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,


**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: */s/ Nicholas R. Pitre*
Mark W. Mercante, T.A. (# 23867)
Nicholas R. Pitre (# 34713)
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana  70471
Telephone:(985) 819-8400
Facsimile: (985) 819-8484
E-mail: mmercante@bakerdonelson.com
        npitre@bakerdonelson.com

*and*

Robert L. Blankenship (# 33016)
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile:  (225) 382-0217
E-mail: rblankenship@bakerdonelson.com

**COUNSEL FOR JOURNEYMAN
CONSTRUCTION, INC. & LIBERTY
MUTUAL INSURANCE COMPANY**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of December, 2016, a copy of the foregoing was filed

electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be

sent to all counsel of record by operation of the court's electronic filing system.


*/s/ Nicholas R. Pitre*
NICHOLAS R. PITRE