UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FLATLINE CONCRETE, L.L.C.** *Plaintiff* v. **JOURNEYMAN CONSTRUCTION, INC. & LIBERTY MUTUAL INSURANCE CO.** *Defendants* | **CIVIL ACTION NO. 6:16-CV-01625-EEF-CBW** **JUDGE ELIZABETH E. FOOTE** **MAG. CAROL B. WHITEHURST** |

## JOINT MOTION TO STAY PENDING ARBITRATION

NOW INTO COURT, through undersigned counsel, come defendants Journeyman Construction, Inc. ("Journeyman") and Liberty Mutual Insurance Company ("Liberty Mutual") (collectively "Defendants"), and plaintiff Flatline Concrete, L.L.C. ("Flatline"), and jointly move the Court to stay this matter pending arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the Louisiana Binding Arbitration Law, La. R.S. § 9:4201, *et seq.* In support of this motion, Journeyman, Liberty Mutual, and Flatline aver as follows:

1.

Journeyman, as prime contractor, entered into an agreement with Wal-Mart Real Estate Business Trust, as owner, for the construction of Wal-Mart #7099 - Morgan City, 1002 Louisiana Highway 70, Morgan City, Louisiana 70380 ("Project"). Flatline was a subcontractor to Journeyman on the Project. Liberty Mutual issued the performance and payment bonds in connection with the Project, and the release of lien bond in connection with Flatline's filed sworn statement of claim in connection with the Project.

2.

On October 20, 2016, Flatline instituted this matter in the 16th Judicial District Court for the Parish of St. Mary against Journeyman and Liberty Mutual seeking payment of the principal sum of $526,408.26. Defendants removed the action to this Court on November 23, 2016. R. Doc. 1.

3.

The June 13, 2014, subcontract between Journeyman and Flatline ("Subcontract") includes an arbitration provision requiring Flatline to arbitrate any claims or disputes arising from the Project.

4.

Flatline has agreed to abide by the arbitration agreement in the Subcontract and to arbitrate its claims against Journeyman and Liberty Mutual. Accordingly, Journeyman, Liberty Mutual, and Flatline seek a stay of these proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the Louisiana Binding Arbitration Law, La. R.S. § 9:4201, *et seq.*

WHEREFORE, Journeyman, Liberty Mutual, and Flatline respectfully request that the Court stay this matter pending arbitration among Journeyman, Liberty Mutual, and Flatline.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: */s/ Nicholas R. Pitre*
Mark W. Mercante, T.A. (# 23867)
Nicholas R. Pitre (# 34713)
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Telephone:     (985) 819-8400
Facsimile:       (985) 819-8484
E-mail:    mmercante@bakerdonelson.com
               npitre@bakerdonelson.com

*and*

Robert L. Blankenship (# 33016)
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone:     (225) 381-7000
Facsimile:       (225) 382-0217
E-mail:    rblankenship@bakerdonelson.com

**COUNSEL FOR JOURNEYMAN CONSTRUCTION, INC. & LIBERTY MUTUAL INSURANCE COMPANY**

*and*

**GRAVES CARLEY, LLP**

By: */s/ E. Allen Graves, Jr.*
E. Allen Graves, Jr. (# 21625)
David W. Carley (# 25607)
Lee M. LeBouef (# 36547)
2137 Quail Run Drive, Bldg. B (70808)
P.O. Box 14203
Baton Rouge, Louisiana 70898
Telephone:     (225) 757-7676
Facsimile:       (225) 757-1771
E-mail:    llebouef@gravescarley.com

**COUNSEL FOR FLATLINE CONCRETE, L.L.C.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                             */s/ Nicholas R. Pitre*
                                             NICHOLAS R. PITRE