UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **FLATLINE CONCRETE, L.L.C.**<br><br>*Plaintiff*<br><br>v.<br><br>**JOURNEYMAN CONSTRUCTION, INC. & LIBERTY MUTUAL INSURANCE CO.**<br><br>*Defendants* | **CIVIL ACTION NO.**<br>**6:16-CV-01625-EEF-CBW**<br><br><br>**JUDGE ELIZABETH E. FOOTE**<br><br>**MAG. CAROL B. WHITEHURST** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff Flatline Construction, L.L.C. ("Flatline") and defendants Journeyman Construction, Inc. and Liberty Mutual Insurance Company (collectively "Defendants") and, representing that Flatline has reached a settlement with Defendants, respectfully move the Court to dismiss with prejudice the captioned matter, with each party to bear its own costs.

WHEREFORE, Flatline and Defendants request that the Court enter the accompanying proposed Order, dismissing the captioned matter with prejudice, with each party to bear its own costs.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: */s/ Nicholas R. Pitre*
Mark W. Mercante, T.A. (# 23867)
Nicholas R. Pitre (# 34713)
3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
E-mail: mmercante@bakerdonelson.com
npitre@bakerdonelson.com

*and*

Robert L. Blankenship (# 33016)
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 382-0217
E-mail: rblankenship@bakerdonelson.com
**COUNSEL FOR JOURNEYMAN CONSTRUCTION, INC. & LIBERTY MUTUAL INSURANCE COMPANY**

*and*

**GRAVES CARLEY, LLP**

By: */s/ E. Allen Graves, Jr.*
E. Allen Graves, Jr. (# 21625)
David W. Carley (# 25607)
Lee M. LeBouef (# 36547)
2137 Quail Run Drive, Bldg. B (70808)
P.O. Box 14203
Baton Rouge, Louisiana 70898
Telephone: (225) 757-7676
Facsimile: (225) 757-1771
E-mail: llebouef@gravescarley.com
**COUNSEL FOR FLATLINE CONCRETE, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Nicholas R. Pitre*
NICHOLAS R. PITRE